# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TIMOTHY WENDELL GRIMALDI,       )
                                )
       Petitioner,              )    3:10-cv-00322-RCJ-RAM
                                )
vs.                             )    **ORDER**
                                )
E.K. McDANIEL, *et al.*,         )
                                )
       Respondents.             )
_____/

      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C.

§ 2254, by a Nevada state prisoner.  On October 15, 2010, petitioner filed a notice of voluntary

dismissal of this action.  The Court will dismiss this action without prejudice, pursuant to Rule 41 of

the Federal Rules of Civil Procedure.

      **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice

pursuant to petitioner's notice of voluntarily dismissal.  All pending motions are **DENIED**.  The Clerk

shall enter judgment accordingly.

      DATED this 29th day of November , 2010.

                                         UNITED STATES DISTRICT JUDGE