AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

TIMOTHY WENDELL GRIMALDI,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00322-RCJ-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice pursuant to petitioner's notice of voluntarily dismissal (Document No. 7).

   December 1, 2010                    **LANCE S. WILSON**
                                             Clerk

                                             /s/ Katie Lynn Ogden
                                              Deputy Clerk